## FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)

Khristoph A. Becker (NJ)

**Of Counsel**
George M. Levy (NY)
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Ronald Rosenkranz (NY) *
Steven Lim (NY)
George A. Kohl, II (NY & MA)

Eleanor L. Polimeni (NY)
Andrew L. Spitz (NY)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
James W. Shuttleworth, III (NY)
David E. Gross (NY & NJ) *
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Lawrence D. Lissauer (NY)
Michael T. McGarry (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
John F. Dowd (NY & CT)

Kara L. Campbell (NY & CT)
Silvia Fermanian (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Robert E. Borrero (NY)
Christine Khalili-Borna Clemens (NY & CA)
Brian D. Acard (NY)
Nicholas Maiorano (NY & NJ)
Vincent J. Pastore (NY)
Andrew J. Genna, LLM (NY & PA)
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ) *
Raye D. Futerfas (NJ)
Linda Armatti-Epstein (NY)
Kenneth Cohen (NJ) *

David Akerib (NY)
Edward M. Steves (NY)
Frances M. Bova, R.N. (NY & NJ)
Mark B. Hudoba (NY)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Ramsen Youash (NY)
Aparna Anantharaman (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY & CT)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
Jennifer Safier (NY & NJ)
Thomas P. Welch (NY)

David Stauber (NY)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Jared Baker (NY & DC)
Noreen Tuller, R.N. (NY)
Cristina L. Dulay (NY)
Justin C. Cinnamon (NY & CT)
Robert Seidner (NY)
Robin N. D'Amore (NY)
Nicole Murphy (NY)
Rodrigo Arcuri (NY)
Brandon Weinstein (NY)
Marigold T. Bridgeman (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

* **The Neurolaw Trial Group**

June 18, 2014

<u>**VIA ECF**</u>

Honorable Lisa Margaret Smith
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
United States Courthouse - 300 Quarropas Street
White Plains, New York 10601

      Re: *Koenig v. Boulder Brands, Inc.*, Case No. 13-cv-1186

Dear Judge Smith:

  I write on behalf of Plaintiffs Philip Koenig and Enrico Luongo as well as Defendants Boulder Brands, Inc. and GFA Brands, Inc. (collectively, the "Parties") to jointly respectfully request that the Court adjourn the conference scheduled for June 19, 2014 at 10:00 a.m. Per the joint call placed by both Plaintiffs' and Defendants' counsel to chambers earlier this afternoon, the Parties are in agreement that adjourning the conference would best serve the interests of conserving the Court's and the Parties' resources.

          Respectfully Submitted,

          **FINKELSTEIN, BLANKINSHIP,**
         **FREI-PEARSON & GARBER, LLP**

      By: *[signature]*

         Todd S. Garber
         1311 Mamaroneck Avenue
         White Plains, New York 10605
         Telephone: (914) 298-3281

cc: Judge Edgardo Ramos (via facsimile)
   All counsel of record (via e-mail)

Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains • Madison

Phone: (914) 298-3281 Fax: (914) 824-1561 www.fbfglaw.com

1279 ROUTE 300, P.O. BOX 1111               1311 MAMARONECK AVENUE, SUITE 220
NEWBURGH, NY 12551                      WHITE PLAINS, NY 10605